# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| REBECCA YOUNG, | CASE NO. 08-CV-0462-H (AJB) |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On March 12, 2008, plaintiff Rebecca Young ("Plaintiff") filed, with the assistance of counsel, a complaint appealing a final decision of the Commissioner of Social Security to deny supplemental security income payments. (Doc. No. 1.) That same day, Plaintiff also filed a motion to proceed in forma pauperis ("IFP"). (Doc. No. 2.)

28 U.S.C. § 1915(a)(1) allows a court to authorize commencement of a lawsuit without payment of the filing fee if plaintiff submits an affidavit stating his or her assets and demonstrating inability to pay the fee. Plaintiff's affidavit indicates that she in currently unemployed, her last employment having been in September, 1995, earning $7 per hour plus tips. She receives approximately $234 per month in the form of "General Relief" from Social Security, disability, or other welfare, along with $135 per month in food stamps. She lists no other assets or items of value. Plaintiff identifies

1  debts or obligations totaling $85 per month. Based on this information, the Court
2  GRANTS the motion to proceed IFP.
3      IT IS SO ORDERED.
4  DATED: March 13, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.