1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11  | REBECCA YOUNG,                                          CASE NO. 08-CV-0462 H (AJB)

12  |                                        Plaintiff,      **ORDER RE SERVICE BY**
    |          vs.                                          **UNITED STATES MARSHALS**
13  | COMMISSIONER OF SOCIAL
    | SECURITY ADMINISTRATION,
14  |
15  |                                       Defendant.

16

17      On March 13, 2008, the Court granted plaintiff Rebecca Young's motion for leave to

18  proceed in forma pauperis. (Doc. No. 3.)  The Court concludes that Plaintiff's complaint is

19  sufficient to require service by the United States Marshals.  The Clerk of Court shall provide

20  Plaintiff with copies of the necessary documents and forms, including copies of U.S. Marshal

21  form 285.  Plaintiff shall complete these forms and provide them to the United States Marshals

22  by May 2, 2008.  Upon Plaintiff's submission of the properly completed forms, the Marshals

23  shall serve the summons and complaint upon defendant.

24  IT IS SO ORDERED.

    DATED:  April 16, 2008
25

26
    _____
    MARILYN L. HUFF, District Judge
27  UNITED STATES DISTRICT COURT

28

- 1 -                                                  08cv462