1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | REBECCA A. YOUNG,                        CASE NO. 08-CV-462-H (AJB)

12 |                        Plaintiff,        SCHEDULING ORDER

|             vs.

13 | MICHAEL J. ASTRUE,
|    Commissioner of Social Security,

14

|                        Defendant.

15

On June 19, 2008, Defendant answered the complaint in this Social Security

16 appeal.  (Doc. No. 10.)  Defendant filed the administrative record on June 24, 2008.

17 (Doc. No. 11.)  The Court sets the following schedule for summary judgment motions

18 in this case:

19
•    Plaintiff must file her motion for summary judgment on or before **August 4,**

20 **2008**.

21
•    Defendant must file its opposition and cross-motion by **September 1, 2008**.

22
•    Plaintiff must file her opposition to the cross-motion and any optional reply to

23 Defendant's opposition on or before **September 22, 2008**.

24
•    Defendant may file any optional reply to Plaintiff's opposition to the cross-

25 motion by **October 6, 2008**.

26 ///

27 ///

28 ///

- 1 -                                          08cv462

1    Absent a subsequent order to the contrary, the Court exercises its discretion under

2  Local Civil Rule 7.1(d)(1) to submit this motion on the papers.  Should the Court

3  require oral argument, it shall do so by a subsequent order.

4    IT IS SO ORDERED.

5  DATED:  July 7, 2008

6
_____
7  MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

8  COPIES TO:
All parties of record.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv462