# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA A. YOUNG,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 08-CV-462-H (AJB)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

On July 7, 2008, the Court signed a scheduling order requiring Plaintiff to file her motion for summary judgment on or before August 4, 2008.  (Doc. No. 12.)  Plaintiff has not yet filed her motion or requested additional time.  Accordingly, the Court orders Plaintiff to show cause why the case should not be dismissed for failure to prosecute or failure to comply with the Court's order.  See, e.g., Local Civil Rule 41.1.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiff shall respond to this order on or before **September 22, 2008**. If Plaintiff
2 does not respond to this order in a timely fashion, the Court may dismiss the case
3 without further notice to Plaintiff.
4  IT IS SO ORDERED.
5 DATED: August 21, 2008

  MARILYN L. HUFF, District Judge
  UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.